**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6763**

_____

DELROY SPENCE,

        Plaintiff - Appellant,

   v.

PAROLE BOARD,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-ct-03291-FL)

_____

Submitted:  March 26, 2026                     Decided:  March 31, 2026

_____

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Delroy Spence, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delroy Spence appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Spence's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.[*] *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed the complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the court's dispositive finding was that Spence failed to exhaust his administrative remedies. In any event, Spence does not challenge either basis on appeal.

2